UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

    AARON MOHLMAN,                      CHAPTER 13
    CHARLOTTE S. DOBESSI-BOSSOMBO,  CASE NO. 22-46215-TJT
                                                           JUDGE TUCKER

              Debtor(s).
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICE AND DOCUMENTS

**NOW COMES** Bieber & Lubinski, P.L.L.C., who enters this appearance as counsel for Gary Deak. Said Creditor is a party in interest and pursuant to the Bankruptcy Rules and the Bankruptcy Code does hereby request that all Notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served, whether electronically or otherwise, upon:

                **BIEBER & LUBINSKI, P.L.L.C.**
                26224 Van Dyke Avenue
                Center Line, MI 48015
                klubinski@bcbestlawfirm.com

                BIEBER & CZECHOWSKI, P.L.L.C.


                /s/ Kimberly M. Lubinski
                KIMBERLY M. LUBINSKI (P62542)
                Attorney for the Creditor
                26224 Van Dyke Avenue
                Center Line, MI 48015
                (248) 754-1450
                klubinski@bcbestlawfirm.com

Dated: September 9, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

   AARON MOHLMAN,                        CHAPTER 13
   CHARLOTTE S. DOBESSI-BOSSOMBO,  CASE NO. 22-46215-TJT
                                                      JUDGE TUCKER

               Debtor(s).
_____/

## **PROOF OF SERVICE**

   I certify that on September 9, 2022, a copy of the Notice of Appearance with the Clerk of the Court and served electronically to the following:

Chapter 13 Trustee: Tammy L. Terry

Attorney for Debtor: Jeffrey David Thav

US Trustee

                                              BIEBER & LUBINSKI, P.L.L.C.

                                              */s/ Andrea Campbell*
                                              Legal Assistant
                                              26224 Van Dyke
                                              Center Line, MI 48015
                                              (586) 754-1450
                                              Andreanicolecampbell6@gmail.com