UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

      AARON MOHLMAN                Case No. 22-46215-tjt
      CHARLOTTE S. DOBESSI-BOSSOMBO     Chapter 13
      Debtor(s)                     Hon. TUCKER

_____/

## **OBJECTIONS TO CONFIRMATION**

NOW COMES Creditor, COMMUNITY FINANCIAL CREDIT UNION, by and through counsel, BUTLER ROWSE-OBERLE PLLC, and objects to the confirmation of Debtors' proposed Chapter 13 Plan as follows:

1.   Creditor is the holder of a duly recorded Judgment Lien on Debtor's current or future interest in real property in Wayne County.

2.   The balance owing Creditor as of the date of the bankruptcy petition was $19,302.30.

3.   Creditor's secured claim is treated as a Class 4.1 claim - Continuing Payments on a claim secured by the debtor's principal residence.

4.   Creditor's claim is not a continuing claim, the full Judgment balance is due and owing.

5.   Creditor objects to the Class 4.1 treatment as its claim is not a continuing claim and should be treated as a Class 5.1 claim.

WHEREFORE, Creditor prays that this Honorable Court will deny confirmation as proposed.

BUTLER ROWSE-OBERLE PLLC

/s/ JAMES A. GRAHAM
KAREN L. ROWSE-OBERLE (P41893)
JAMES A. GRAHAM (P60632)
SARAH VORGITCH (P69878)
KELLY L. SCOLA (P47219)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
Dated: September 28, 2022          jgraham@brolawpllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

AARON MOHLMAN                              Case No. 22-46215-tjt
CHARLOTTE S. DOBESSI-BOSSOMBO              Chapter 13
Debtor(s)                                 Hon. TUCKER

_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, I electronically filed the

Objection to Confirmation of Plan with Clerk of the Court using the ECF system

which will send notification of such filing to the following:

**- Jeffrey David Thav, Attorney for Debtor(s)**
**- Tammy L. Terry, Chapter 13 Trustee**


BUTLER ROWSE-OBERLE PLLC

 /S/ Bridgette Dockery
Legal Assistant
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
bridgette@brolawpllc.com