UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                 CHAPTER 13
                                                  CASE NO: 22-46215
AARON MOHLMAN                     JUDGE THOMAS J. TUCKER
CHARLOTTE S DOBESSI-BOSSOMBO,
Debtors

## STIPULATION FOR ADJOURNING HEARING

This matter having come on for hearing on **October 20, 2022**, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[ ] A Motion to Dismiss
[X] Confirmation of Plan
[ ] A Motion to lift stay as to Creditor
[ ] Plan Modification
[ ] Other: _____

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

      IT IS STIPULATED AND AGREED that:
      (ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to 12/15/2022 at 11:00 AM
[ ] Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
[ ] Debtor(s) shall file and serve amended _____.
[ ] Other: _____

      **IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

      **IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

      **IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)                   Approved as to Form and Content:

/S/ TAMMY L. TERRY                                 /S/ JEFFREY DAVID THAV
TAMMY L. TERRY (P46254)                         Attorney for Debtors
Chapter 13 Standing Trustee                         JEFFREY DAVID THAV (P-63126)
535 Griswold Street, Suite 2100                   THAV LAW OFFICE, PLLC
Detroit, MI  48226                                               30150 TELEGRAPH RD., SUITE 444
(313) 967-9857                                                    BINGHAM FARMS, MI  48025
mieb_ecfadmin@det13.net                             (248) 220-1430
                                                                       JEFF@THAVLAW.COM

Creditor

/S/ JAMES A. GRAHAM
--------------------------------------------
JAMES A. GRAHAM (P-60632)
COMMUNITY FINANCIAL CREDIT UNION
24525 HARPER AVE.
ST CLAIR SHORES, MI 48080
(586) 777-0770
JGRAHAM@BROLAWPLLC.COM

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13<br>CASE NO: 22-46215 |
| AARON MOHLMAN<br>CHARLOTTE S DOBESSI-BOSSOMBO,<br>Debtors | JUDGE THOMAS J. TUCKER |

**ORDER FOR ADJOURNING HEARING**

This matter having come on for hearing on **October 20, 2022**, regarding (ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

[ ] A Motion to Dismiss
[X] Confirmation of Plan
[ ] A Motion to lift stay as to Creditor
[ ] Plan Modification
[ ] Other: _____

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

    IT IS ORDERED AND AGREED that:
    (ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

[X] The above referenced matter is adjourned to 12/15/2022 at 11:00 AM
[ ] Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
[ ] Debtor(s) shall file and serve amended _____.
[ ] Other: _____

    **IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

    **IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

    **IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

**EXHIBIT 1**