UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DEBTOR(S) NAME (S)
Aaron Mohlman and Charlotte Dobessi-Mohlman
, Debtor(s)
_____/

CHAPTER 13
CASE NO: 22-46215
JUDGE: ☒ TUCKER    ☐ OXHOLM

**STIPULATION ADJOURNING HEARING**

This matter currently scheduled for hearing on _12/15/22 @ 11:00 am_____, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☐ the First Meeting of Creditors.
☐ a Motion to Dismiss case.             ☒ Confirmation of Plan.
☐ a Motion to lift stay as to Creditor _____
☐ Other: _____

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS STIPULATED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The above referenced matter is adjourned to _3/9/23 at 11:00 am_____
☒ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before 3/2/23
☐ Debtor(s) shall file and serve _____
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
☐ Other: _____

**IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)
Approved as to Form and Content:
/s/ Tammy Terry _____

TAMMY L. TERRY (P46254)
Chapter 13 Standing Trustee
535 Griswold, Suite 2100
Detroit, MI   48226
(313) 967-9857

/s/ Jeffrey Thav
Jeffrey Thav(P63126)
Attorney for Debtor(s)
Thav Law Office, PLLC
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
248-220-1430
Jeff@thavlaw.com

/s/ James Graham
James Graham (P 60632)
Atty for Community Financial Credit Union
24525 Harper Ave.
St. Clair Shores, MI 48080
586-777-0770
jgraham@brolwpllc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

DEBTOR(S) NAME (S)  
Aaron Mohlman and Charlotte Dobessi-Mohlman  
_____, Debtor(s)  
_____/

CHAPTER 13  
CASE NO: 22-46215  
JUDGE: ☒ TUCKER   ☐ OXHOLM

## ORDER FOR ADJOURNING HEARING

This matter currently scheduled for hearing on ___12/15/22 @ 11:00 am___, regarding **(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☐ the First Meeting of Creditors.
☐ a Motion to Dismiss case.
☐ a Motion to lift stay as to Creditor _____
☐ Other: _____
☒ Confirmation of Plan.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS ORDERED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒ The above referenced matter is adjourned to __3/9/23 at 11:00 am__
☒ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before __3/2/23__
☐ Debtor(s) shall file and serve _____
☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
☐ Other: _____

**IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

EXHIBIT 1