UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  Chapter 13 No. 22-46215
**Aaron Mohlman**
**Charlotte Dobessi-Bossombo**  Hon.: Tucker
    Debtor.
_____ /

## DEBTOR'S PETITION TO VOLUNTARILY DISMISS
## CHAPTER 13 PROCEEDING

**NOW COME(S)** Debtor(s) **Aaron Mohlman and Charlotte Dobessi-Bossombo**, by and through their attorney, Jeffrey Thav, and hereby petitions this Court to enter an Order Voluntarily Dismissing their Chapter 13 Proceeding.

Dated: December 21, 2022  /s/ Aaron Mohlman
  Aaron Mohlman, Debtor

Dated: December 21, 2022  /s/ Charlotte Dobessi-Bossombo
  Charlotte Dobessi-Bossombo, Debtor

Dated: December 21, 2022  /s/ Jeffrey Thav
  Jeffrey D. Thav(P63126)
  Attorney at Law
  Thav Law Office, PLLC
  30150 Telegraph Rd., Ste. 444
  Bingham Farms, MI 48025
  Jeff@thavlaw.com
  Phone: (248) 220-1430
  Fax: (248) 945-4844

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  Chapter 13 No. 22-46215
**Aaron Mohlman**
**Charlotte Dobessi-Bossombo**  Hon.: Tucker
    Debtor.
_____/

ORDER UPON VOLUNTARILY DISMISSAL
OF CHAPTER 13 PETITION

This matter having come on to be heard for Voluntary Dismissal per Debtors request;

NOW THEREFORE,

**IT IS HEREBY ORDERED** that this Chapter 13 case is dismissed.

Proposed Order