# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:  Chapter 13 No. 22-46215
**Aaron Mohlman**
**Charlotte Dobessi-Bossombo**  Hon.: Tucker
    Debtor.
_____/

## ORDER UPON VOLUNTARILY DISMISSAL
## OF CHAPTER 13 PETITION

This matter having come on to be heard for Voluntary Dismissal per Debtors request;

NOW THEREFORE,

**IT IS HEREBY ORDERED** that this Chapter 13 case is dismissed.

**Signed on December 21, 2022**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge