Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURTS**
Eastern District of Michigan

Case No.: **22−46215−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Aaron Mohlman                                Charlotte S Dobessi−Bossombo
  15507 Brookfield                         15507 Brookfield
  Livonia, MI 48154                    Livonia, MI 48154

Social Security No.:
  xxx−xx−1468                                     xxx−xx−3346

Employer's Tax I.D. No.:

**NOTICE OF DISMISSAL**

NOTICE IS HEREBY GIVEN that an **Order Upon Voluntarily Dismissal of Chapter 13 Petition** was entered on **12/21/22** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 12/21/22

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT