# Jeffrey Thav Attorney at Law
Thav Law Office
30150 Telegraph RdSte 444
Bingham Farms, Mi 48025

Aaron Mohlman and Charlotte S Dopbessi-Bossombo
15507 Brookfield
Livonia, MI 48154

     RE:    Chapter 13 Bankruptcy

Dear Aaron Mohlman and Charlotte S Dopbessi-Bossombo

Kindly be advised that our office will be filing an application seeking compensation for services rendered in your case after confirmation of your plan. Local court rule requires that we contact you prior to filing the application with the court to seek your concurrence in the application. Enclosed is a copy of the invoice for your review.

If you have questions or do not agree with this record, contact our office with your questions or objections. If you have no objection to the fees, please sign the attached concurrence and return it to our office. If you do not respond we will simply file the application with the court.

If you have any questions, please do not hesitate to contact our office.

Sincerely,

Mandy

In Re:  Case No. 22-46215
Chapter 13
Aaron Mohlman and Charlotte S Dopbessi-Bossombo  Judge Thomas J Tucker

    Debtor(s).
        **last 1468**
        **last 3346** /

## PRE CONFIRMATION APPLICATION FOR AWARD OF ATTORNEY FEES IN CHAPTER 13 PROCEEDING

NOW COMES, Debtor's attorney, Jeffrey Thav of Thav Law Office PLLC, and pursuant to LBR 2016-1 and 9014-1 (EDM), moves this court for approval of an award for attorney fees stating:

1. Debtor's counsel states:

a. Debtor's counsel seeks compensation for legal services in the amount of $3190.00
b. It was necessary to pay costs associated with this case including but not limited to postage and copy expenses in the amount of $19.80
c. Debtor(s)' counsel seeks a total amount of compensation and costs of $3209.80
d. The legal services rendered herein were performed between 07/14/22 through 12/21/22

2. The Debtor Estate has been dismissed prior to Confirmation.

a. The legal services rendered herein were necessary to be performed on behalf of the Debtor(s) to maximize the Debtor(s)' likelihood of a Confirmed and Successful Chapter 13 Plan by receiving a discharge.

3. No adversary cases have been filed in connection with this Chapter 13 case.

4. Approval of this application for compensation will have no adverse impact on creditors as case has been dismissed.

5. Attorney Jeffrey Thav of Thav Law Office PLLC performed certain tasks and handled different portions of Debtor(s) case. This insured that the Debtor(s) received a high quality of representation at a reasonable fee.

7. Debtor's counsel has not previously been approved to be paid any pre-confirmation fees or expenses in this case.

8. The Debtor(s) have been provided with a copy of this application seven (7) days prior to the filing of this application and have been requested to concur with the fees requested, a copy of the request for concurrence is attached hereto as Exhibit 8. If concurrence has been received by counsel for debtor prior to the filing of this application, it is attached hereto. Debtor's counsel further states:

9. Debtor filed for Chapter 13 relief on 08/10/22

10. Debtor's Chapter 13 plan was not confirmed.

11. Debtor(s)' attorney, Attorney Jeffrey Thav of Thav Law Office PLLC is the only individual who performed said services and debtor's attorneys' hourly rates are $275.00 per hour.

WHEREFORE, Debtor(s) counsel petitions this court for payment of pre-confirmation attorney fees and costs a through the Debtor's Chapter 13 Plan in the amount of $3190.00 and costs in the amount of $19.80

Subscribed and sworn to before me this 21st day of December, 2022

       /s/ Jeffrey David Thav
Jeffrey David Thav (P63126)
Thav Law Office PLLC
30150 Telegraph Rd
Ste 444
Bingham Farms, Mi 48025

**Exhibit D**

## BIOGRAPHICAL STATEMENT OF ATTORNEY JEFFREY DAVID THAV PROFESSIONAL SERVICE

## BIOGRAPHICAL STATEMENT PURSUANT TO 11 USC §327(a), LBR §2014-1

Jeffrey D. Thav (JDT) is an associate in the law firm of `Free Bankruptcy Evaluation.` He has been practicing bankruptcy law for 5.5 years. His practice includes bankruptcy and real estate transactions. He attended the University of Detroit School of Law and the University of Michigan for his undergraduate studies. He was admitted to the State Bar of Michigan in 2001. Mr. Thav is a member of the Federal Bar Association.

Mr. Thav is admitted to practice in the United States Court of Appeals for the Sixth Circuit and the Supreme Court of the State of Michigan. He is also admitted in the Eastern District of Michigan, Western District of Michigan, and Northern, Southern and Central Districts of Illinois. He practices before all Judges in the Eastern District of Michigan, Western District of Michigan, and Northern, Southern, and Central Districts of Illinois.

Mr. Thav has attended several local seminars on bankruptcy over the past 2 years. More specifically he has attended:
- "Nuts & Bolts Seminar" provided by the Consumer Bankruptcy Association on May, 7, 2007. (All Day Seminar)
- "Detroit Consumer Bankruptcy Conference" provided jointly by the American Bankruptcy Institute and the Consumer Bankruptcy Association on November 12, 2007. (All day seminar)
- "Bench & Bar Seminar on the New EDM Local Bankruptcy Rules" provided jointly by the Consumer Bankruptcy Association and the Debtor/Creditor Rights Committee of the Business Law Section of the State Bar on April 11, 2008. (2 hours)
- Consumer Bankruptcy Association Dinner Meeting on June 5, 2008 (2 hours)
- American Bankruptcy Institute's Annual Veterans Day Seminar, November, 2008 – Detroit (All day Seminar)
- American Bankruptcy Institute's Annual Veteran Day Seminar, November, 2009 – Detroit (All day Seminar)
- American Bankruptcy Institute's Annual Veterans Day Seminar, November, 2010 (All day Seminar)
- American Bankruptcy Institute's Annual Veterans Day Seminar, November, 2011 (All day Seminar)

Mr. Thav is an active member of the Consumer Bankruptcy Association, The National Association of Bankruptcy Trustees, The American Bankruptcy Institute, and the National Association of Consumer Bankruptcy. To date, Mr. Thav has filed over 5,500 consumer bankruptcy cases. Further, he has had experience and filed multiple Chapter 11 cases as lead counsel.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                                        Case No. 22-46215
                                                            Chapter 13

Aaron Mohlman and Charlotte S Dopbessi-Bossombo     Judge Thomas J Tucker

       Debtor(s).
                    __**last 1468**__
                    __**last 3346**__ /

## ORDER APPROVING PRE CONFIRMATION FEE APPLICATION

This matter having come before the Court upon the application of THAV LAW OFFICE PLLC, all required parties having been served with notice of the application and the provisions of L.B.R. 2016-1 (E.D.M.) having been met, no objections to the application was filed, and the Court is advised in the premises;

IT IS HEREBY ORDERED:

1. The Court previously approved Applicant's fees and expenses in the amount of: $0.00

The Court grants Applicant's current fee application as follows:

THIS AWARD FOR FEES: $ 3190.00
THIS AWARD FOR COSTS: $19.80

TOTAL THIS AWARD: $3209.80

AMOUNT OF THIS AWARD PAID DIRECTLY BY DEBTOR: $ 213.00

AMOUNT OF THIS AWARD TO BE PAID BY TRUSTEE: $ 2996.80


2. This award covers services rendered and expenses incurred during the time period of 07/14/22 through 12/21/22

SUMMARY STATEMENT OF NUMBER OF HOURS BY ATTORNEY JEFFREY THAV OF THAV LAW OFFICE PLLC AND HOURLY RATE OF SERVICES PERFORMED

| Attorney | Number Of Hours Performed Service | Hourly Rate |
|---|---|---|
| JT | 11.6 hrs | $275.00 |

Total Amount for Services Performed by Attorney:11.6 hrs with Hourly rate of $275 per hour for the attorney.

Hourly Rate based on hours expended : $275.00

ITEMIZED STATEMENT OF EXPENSES

| Source/Item | Number of Items | Price Per | Total Cost |
|---|---|---|---|
| Postage | 33 | .60 | $ 19.80 |

Thav Law Office
30150 Telegraph Rd #444
Bingham Farms, MI 48025

INVOICE BILL TO:

Aaron Mohlman and Charlotte S Dopbessi-Bossombo
15507 Brookfield
Livonia, MI 48154

22-46215

DATE 12/21/22

07/14/22
Phone Call with Client Re: Financial Struggles/Pros and Cons of New Chapter 13 Filing
**.5/$275=$137.50**

07/15/22
Meeting with Client to review 341 Documents, Review Unpaid Financial Struggles Due To Inflation Re: Chapter 13 Filing
**1/$275=$275**

07/19/22
Prep of Initial package for the Chapter 13 Filing with documents/schedules, credit report and assessment, with the Chapter 13 Plan Re: Best Efforts
**1.5/$275=$412.50**

07/25/22
Meeting with Client to review Prepared Chapter 13 package, review feasibility regarding financial hardships, retrieve signature for docs required to file new Chapter 13 Re: Ch 13
**.6/$275=$165**

08/10/22
Filed Chapter 13 Bankruptcy to show best efforts and obtain a discharge. Re: Chapter 13
**.5/$275=$137.50**

08/12/22
Review the Meeting of Creditors notice, letter to client Re: Chapter 13/341 Meeting
**.3/$275=$82.50**

08/15/22
Phone Call with Client Re: Creditor Feasibility
**.3/$275=$82.50**

08/16/22 Review Notice of Appearance Filed by AmeriHome Mortgage Re: CH 13
**.2/$275=$55**

08/19/22 Review Notice of Appearance Filed by Consumers Energy Re: CH 13
**.2/$275=$55**

08/22/22
Draft of Final Plan, Schedules A-J, SOFA, Pay Order, and remaining docs, filed to docket Re: CH 13/Best Efforts
**1/$275=$275**

08/22/22 Review Payment Order entered for Marywood Nursing Care Center Re: CH 13 Payment to Trustee
**.2/$275=$55**

08/26/22 Review Certificate of Service Re: Payment Order entered for Marywood Nursing Care Center
**.1/$275=$27.50**

09/07/22  Phone Call with Client, letter to same Re: Hardships/Potential Default
**.3/$275=$82.50**

09/09/22 Review Request For Notices Re: Gary E. Deak
**.1/$275=$27.50**

09/20/22 Phone Call with Client to answer any questions or concerns prior to 341 Re: Meeting of Creditor Preparation
**.3/$275=$82.50**

09/21/22 Appearance for 341 Meeting Re: CH 13
**.5/$275=$137.50**

09/27/22 Review Notice Requirement to Complete Financial Management Re: CH 13 Credit Counseling
**.2/$275=$55**

09/28/22 Review Community Financial Credit Union objection to Ch 13 Plan Re: CH 13 Plan Confirmation
**.2/$275=$55**

09/28/22 Phone Call with Client, letter to same Re: Ch 13/Community Financial's Objection to Confirmation
**.3/$275=$82.50**

10/04/22 Review Trustee's objection to Ch 13 Plan Re: CH 13 Plan Confirmation
**.2/$275=$55**

10/04/22 Phone Call with Client, letter to same Re: Ch 13/Trustee's Objection to Confirmation
**.3/$275=$82.50**

10/12/22 Review Stipulation to adjourn Hearing Re: CH 13 Plan Confirmation
**.2/$275=$55**

10/12/22 Review Order to adjourn Hearing Re: CH 13 Plan Confirmation
**.2/$275=$55**

11/01/22 Phone Call with Client Re: Continued Hardships/Default/Potential Dismissal
**.3/$275=$82.50**

11/28/22 Phone Call with Client Re: Default/Trustee Objection/Potential Voluntary Dismissal/Confirmation
**.5/$275=$137.50**

12/02/22 Review Stipulation to adjourn Hearing Re: CH 13 Plan Confirmation
**.2/$275=$55**

12/21/22 Prep Motion to Voluntary Dismiss Chapter 13 Filing Re: Ch 13 Dismissal/Options
**1/$275=$275**

12/21/22 Review Order of Chapter 13 Dismissal, Prep Final Billing and Document Package to Client Re: Ch 13 Dismissal/Options
**.4/$275=$110**


11.6 hr total
$275 per hour
$3190.00
$19.80 Mailing
$3209.80 Grand Total
$213.00 Paid
$2996.80 To Be Paid By Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                                      Case No.  22-46215
                                                            Chapter 13
Aaron Mohlman and Charlotte S Dopbessi-Bossombo             Judge Thomas J Tucker

    Debtor(s).
                   **last 1468**
                   **last 3346** /

EXHIBIT
NOTICE TO PARTIES IN INTEREST OF THE APPLICATION FOR AWARD OF PRE-CONFIRMATION ATTORNEY FEES PURSUANT TO FED. R. BANK. P. 2016 AND NOTICE OF THE RIGHT TO OBJECT

Notice is hereby given that the following professional person(s) have made application to the Bankruptcy Court for allowance of fees and expenses as listed below:

Professional
Jeffrey Thav of the firm of Thav Law Office

Fees Requested
$3190.00

Expenses Requested
$19.80

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

PLEASE NOTE: The application is available for public scrutiny at the Clerk's Office on the 17th floor of the 211 West Fort Street Building, Detroit, Michigan, Monday through Friday, from 8:30 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court.

If you have any objection, pursuant to Fed.R.Bankr.Proc. 2002(a)(6) and if this application is for fees under the amount of $1,000.00 or less, then you have 14 days from the date of service of this notice in which to file such written objection. if this application is for fees in an amount of $1,000.00 or more, then you have twenty-one (21) days from the date of service of this notice in which to file such written objection.

In the event an objection is filed, a subsequent notice will be sent to you of the date, time, and location of the hearing on the objection. If you do not want the court to award these additional attorney fees, or if you want the court to consider your views on the fee application, within 21 days, and 14 days for fee application's less than $1000 as set forth above, from the date of service, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court*
211 W. Fort Street, Suite 1700
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to: Jeffrey Thav (P63126),  Jeffrey Thav of Thav Law Office PLLC, 30150 Telegraph Rd Ste 444 Bingham Farms, Mi 48025  David Ruskin, 26555 Evergreen Rd Ste 100, Southfield, Mi 48076. If a response or answer is timely filed and served, the clerk will schedule a hearing on the application and you will be served with a notice of the date, time and location of the hearing. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 12/21/22

       /s/  Jeffrey David Thav
Jeffrey David Thav (P63126)
Thav Law Office PLLC
30150 Telegraph Rd
Ste 444
Bingham Farms, Mi 48025

Response or answer must comply with F.R.Civ.P.8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                              Case No. 22-46215
                                                    Chapter 13
Aaron Mohlman and Charlotte S Dopbessi-Bossombo     Judge Thomas J Tucker

    Debtor(s).
_____last 1468_____
_____last 3346 /_____

PROOF OF SERVICE

Attorney Jeffrey Thav of Thav Law Office PLLC being sworn, deposes and says that on 12/13/22, a date at least 7 days prior to the filing of this application for fees, mailed to the debtor at the address indicated below, a request for concurrence with the fees requested and a copy of the Application for Award of Post-Confirmation Attorney Fees in Chapter 13, Attorney Biographical Information, Order for Award of Post-Confirmation Attorney Fees in Chapter 13 Proceeding, Notice of Hearing, Notice and Opportunity for Hearing and Proof of Service to review:

Debtor:

Aaron Mohlman and Charlotte S Dopbessi-Bossombo
15507 Brookfield
Livonia, MI 48154

Trustee:

Tammy L. Terry
Buhl Building
535 Griswold Ste 2100
Detroit, MI 48226

Dated: 12/21/22

    /s/ Jeffrey Thav
Jeffrey Thav (P63126)
Thav Law Office PLLC
30150 Telegraph Rd
Ste 444
Bingham Farms, Mi 48025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                          Case No. 22-46215
                                                Chapter 13
Aaron Mohlman and Charlotte S Dopbessi-Bossombo    Judge Thomas J Tucker

       Debtor(s).
_____**last 1468**_____
_____**last 3346** /_____

PROOF OF SERVICE

Attorney Jeffrey Thav of Thav Law Office PLLC, being sworn, deposes and says that on the 21st day of December, 2022, served a NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE APPLICATION FOR AWARD OF ATTORNEY FEES PRE-CONFIRMATION PURSUANT TO FED. R. BANKRUPTCY PROCEDURE 2016 AND NOTICE OF THE RIGHT TO OBJECT in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:


Interested Parties: All interested parties on the attached list


Trustee:

Tammy L. Terry
Buhl Building
535 Griswold Ste 2100
Detroit, MI 48226

Dated: 12/21/22

                                                 /s/ Jeffrey Thav_____
                                                Jeffrey Thav (P63126)
                                                Thav Law Office PLLC
                                                30150 Telegraph Rd
                                                Ste 444
                                                Bingham Farms, Mi 48025

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Aaron Mohlman**
    **Charlotte S Dobessi-Bossombo**
    Debtor(s)

Case No. _____
Chapter **13**

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ **X** ] **FLAT FEE**

   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid ............................................. **3,500.00**

   B. Prior to filing this statement, received ................................. **213.00**

   C. The unpaid balance due and payable is ................................. **3,287.00**

   [ ] **RETAINER**

   A. Amount of retainer received .......................................... _____

   B. The undersigned shall bill against the retainer at an hourly rate of $____. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **313.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   E. Reaffirmations;

   F. Redemptions;

   G. Other: **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:

   A. **XX** Debtor(s)' earnings, wages, compensation for services performed

   B. _____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **August 10, 2022**

**/s/ Jeffrey David Thav**
Attorney for the Debtor(s)
**Jeffrey David Thav
Thav Law Office, P.L.L.C.
30150 Telegraph Rd.
Suite 444
Bingham Farms, MI 48025
(248) 220-1430
jeff@thavlaw.com
P63126 MI**

Agreed: **/s/ Aaron Mohlman**
**Aaron Mohlman**
Debtor

**/s/ Charlotte S Dobessi-Bossombo**
**Charlotte S Dobessi-Bossombo**
Debtor