| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 22-46215-tjt<br>Eastern District of Michigan<br>Detroit<br>Wed Dec 21 22:23:59 EST 2022 | Consumers Energy Company<br>Attn: Legal Dept<br>One Energy Plaza<br>Jackson, MI 49201-2357 | AES<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 |
| AmeriHome Mortgage<br>1 Baxter Way<br>Suite 300<br>Thousand Oaks, CA 91362-3888 | AmeriHome Mortgage Company, LLC<br>c/o Cenlar, FSB, Attention Payment Proce<br>Attn: Bankruptcy Department, 425 Phillip<br>Ewing, NJ 08618-1430 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)COMMUNITY FINANCIAL<br>500 S HARVEY<br>PLYMOUTH MI 48170-1759 | Cavalry Portfolio Services<br>Attn: Bankruptcy<br>500 Summit Lake Drive, Suite 400<br>Vahalla, NY 10595-2321 |
| Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Community Financial Members CU<br>Attn: Bankruptcy<br>500 S Harvey Po Box 8050<br>Plymouth, MI 48170-8050 |
| DTE ENERGY<br>ONE ENERGY PLAZA WCB735<br>DETROIT, MI 48226-1221 | Dte Energy<br>Attention: Bankruptcy Department<br>Po Box 740786<br>Cincinnati, OH 45274-0786 | Gary Deak<br>7800 Jennings Rd<br>Whitmore Lake, MI 48189-9038 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Martin Brosnan<br>29199 Ryan Rd.<br>Warren, MI 48092-4243 | Online Collections<br>Attn: Bankruptcy<br>Po Box 1489<br>Winterville, NC 28590-1489 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Razor Capital, LLC<br>8000 Norman CR Dr., Ste. 115<br>Minneapolis, MN 55437-1127 | Richard Muller<br>33233 Woodward Ave.<br>PO Box 3026<br>Birmingham, MI 48012-3026 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>477 MICHIGAN AVE #1600<br>DETROT MI 48226-2564 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | US Attorney<br>Attn: Civil Division<br>211 West Fort St. Suite 2001<br>Detroit, MI 48226-3220 | US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 | (p)UNIVERSITY OF MICHIGAN CREDIT UNION<br>ATTN SOLUTIONS DEPARTMENT<br>PO BOX 7850<br>ANN ARBOR MI 48107-7850 | Aaron Mohlman<br>15507 Brookfield<br>Livonia, MI 48154-3005 |

| Charlotte S Dobessi-Bossombo<br>15507 Brookfield<br>Livonia, MI 48154-3005 | Gary E. Deak<br>7800 Jennings Road<br>Whitmore Lake, MI 48189-9038 | Jeffrey David Thav<br>30150 Telegraph Rd.<br>Suite 444<br>Bingham Farms, MI 48025-4549 |
|---|---|---|
| Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| COMMUNITY FINANCIAL CREDIT UNION<br>500 South Harvey<br>Plymouth, MI 48170 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |
|---|---|---|
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | U.S. Department of Housing and Urban Develop<br>77 West Jackson Boulevard<br>Chicago, IL 60604 | University of Michigan CU<br>Attn: Bankruptcy<br>Po Box 7850<br>Ann Arbor, MI 48107 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)AmeriHome Mortgage Company, LLC | (u)Community Financial Credit Union | (d)CONSUMERS ENERGY COMPANY<br>Attn: Legal Dept<br>One Energy Plaza<br>Jackson, MI 49201-2357 |
|---|---|---|
| (d)Gary Deak<br>7800 Jennings Road<br>Whitmore Lake, MI 48189-9038 | End of Label Matrix<br>Mailable recipients   33<br>Bypassed recipients    4<br>Total                 37 | |